FILED IN CLERK'S OFFICE

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

OCT 25 '21 AM11:26 USDC MA

| Sara E. Cooke | ) | CASE NO. 4:21-cv-40100-TSH |
| --- | --- | --- |
| *Plaintiff.* | ) | |
| | ) | |
| v. | ) | **AFFIDAVIT OF:** |
| | ) | |
| CHARLES D. Baker, in his official capacity as Governor of Massachusetts | ) ) | MELISSA FREITAS |
| | ) | |
| *Defendant.* | ) | |

I, MELISSA FREITAS, hereby declare, under penalty of perjury, that I have full personal knowledge of the events and matters set forth herein, and that the following is true and accurate to the best of my knowledge:

I am over 18 years of age and competent to make the following representations.

I am a citizen of the State of Massachusetts and have legal standing to assert my rights.

I am filing this affidavit in support of the plaintiff in the above-captioned matter.

Below is my written affirmation of the unconstitutional account(s) I was subjected to that goes against Part the First, Article I and IV of the Massachusetts Constitution:

I work for the Department of Developmental Services for the Commonwealth of Massachusetts. I have been receiving e-mails from my employer and my Union urging me to get vaccinated. My employer has mandated it and my Union has backed them up. My Union e-mailed me on August 11, 2021stating that this is now a "pandemic of the unvaccinated". My Union claimed they would demand "protections and exemptions for individual medical reasons or sincerely held religious beliefs". The majority are being denied claimein "undue hardship on the agency".
In the winter of 2020 DDS made the flu vaccine mandatory. I for a medical exemption and it was granted with no interview or need to talk to my doctor. I also submitted many Religious Exemptions for staff. All were granted with no questions asked. With the Covid Vaccine Mandate they changed this procedure. The forms themselves were updated and asked more questions about Religious beliefs and for the right to speak with your Religious Leader. If you submitted a Medical Exemption they wanted the right to talk to your doctor as well as access to your immuization record through the Massachusetts Immunization Information System. These

forms were not produced until weeks into the Mandate. They also added an interactive portion to the exemption. I was questioned on my Sincereley Held Religious Beliefs.

I have been receiving e-mails from my employer stating that I will not be able to get Unemployment if I am terminated due to not getting the vaccine or if I resign due to not wanting the vaccine. I receive e-mails telling me wjere to go to get vaccinated. I receive e-mails telling me to file my attestation before its too late. I feel I am being bullied and backed into a corner to do something I don't want to do, in order to keep my job. I have spoken to other State workers who feel they "had no choice" but to get vaccinated because they need thier jobs.

I had a phone interview with a Diversity Officer, Karen Fellini. Nothing was scheduled she just randomly called one day. After our conversation I e-mailed her to recap our conversation and find out what the next steps in the process were. She responded with "you will be e-mailed a decision from a Diversity Officer". When I asked about the process again for more clarification she did not respond. I do not know if it was her decision alone or a group decision. And I have not received notification of an accommodation or denial at this time. I am told to report to work until I hear from a Supervisor or Labor Relations.

I have not gotten any support from the Union who stated the "State has been accommodating as possible" by informing us of all the Covid Vaccination Clinics that we could go to in order to get the vaccine. It was not until after the due date of filing for an attestation and exemption that I was shown by a co-worker a memo from the Union explaining the exemption process and how they could help. I never recieved this memo in an e-mail so I would know how to proceed and as a Supervisor I was not able to share this information with the staff who do not have access to e-mail on the job.

I would also like to add that my daughter who is 13 received information from her school about a Wellness Bus. They were going to be at a Friday nigth football game. It was advertised free admission to the game and a $50 gift card if you got vaccinated.

1. I refuse to stand by as the constitutional rights vested in my family and me are violated, and I lend my full support to the Plaintiff as she fights to preserve the consitutional freedoms of the American people and to end the gross overreach in which the federal and state governments continue to engage.

2. I also refuse to stand by as parents across the United States are told by courts, judges and lawyers that they lack the legal ability to represent their own minor child(ren) pro se. Minor children often lack the ability to bring legal claims on their own behalf, and thus, they are not able to assert their constitutional rights against mask mandates that serve no science-based purpose in schools and, to the contrary, that pose health dangers to children.

3. Those assigned to consider this presented Writ of Mandamus stand at a precipice in our Nation's history. The above actions by the government, agencies, employers, elected or unelected "officials", school boards, and others against Basic Human Rights, those given to us by God,