FILED IN CLERKS OFFICE

OCT 25 '21 AM11:23 USDC MA

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Sara E. Cooke, ) | |
| ) | CASE NO. 4:21-CV-40100-TSH |
| *Plaintiff* ) | |
| ) | |
| v. ) | |
| ) | **AFFIDAVIT OF:** |
| CHARLES D. BAKER, in his official ) | |
| capacity as Governor of Massachusetts ) | |
| ) | Jacqueline M. Prejsnar |
| ) | |
| *Defendant* ) | |

I, Jacqueline M. Prejsnar, hereby declare, under penalty of perjury, that I have full personal knowledge of the events and matters set forth herein, and that the following is true and accurate to the best of my knowledge:

1. I am over 18 years of age and competent to make the following representations.

2. I am an inhabitant of the Commonwealth of Massachusetts and have lawful standing to assert my rights.

3. I am filing this affidavit in support of the plaintiff in the above-captioned matter.

Below is my written affirmation of the unconstitutional accounts I was subjected to that goes against Part the First, A Declaration of the Rights of the Inhabitants of the Commonwealth of Massachusetts, Article I and IV of the Constitution of Massachusetts:

4. Specifically, I was in a training program to become a certified teacher of BioDanza (a specific type of dance). Early in 2020 the venue where I received my training was labeled "non-essential" and closed. When my teacher asked me if she could use my residence for hosting the class I had to decline, because our group would exceed the limits imposed on the size of gatherings, and because I believed involuntary quarantines and contact tracing would be problematic. I am still being denied training, because my teacher has still not been allowed back into the country from the UK. Article I of Part the First of the Constitution of Massachusetts assures our natural, essential and unalienable rights. My rights to pursue my livelihood in this occupation has been impeded.

5. Specifically, my child's senior year of high school was impacted by school closures and his unhappiness and anger over missed opportunities impacted my own happiness. He held certain well-reasoned expectations for his senior year. Among these expectations included a baseball season. He played baseball for many years, looking forward to the time he'd be a senior and strong enough to hit homeruns. Restrictions made it so he could not participate in baseball, nor other expected senior activities and educational experiences. I felt sadness over his losses, and he was angry with me for not fighting to keep the school open, which also made me feel helpless because there seemed no opportunity for me to help my child. Article I of Part the First of the Constitution states "among which may be reckoned the right of enjoying and defending their lives and liberties." We each have individual needs. If we have the right to enjoy and defend our lives and liberties, then we each need to be able to choose how best we defend our lives and liberties.

6. Specifically, I have been forced to wear a medical device (mask) and/or tolerate a laser reading done of my forehead to purchase food and medication, to obtain routine healthcare, enter the hospital, enter the post office and to vote. Wearing a mask is detrimental to my health as at times I felt like I was suffocating and struggled to get enough air to function. Also, both wearing such a medical device and having a laser reading of my forehead feel very wrong to me. I often chose to stay home rather than participate in this involuntary medical system. My husband has had to do almost all the grocery shopping for our family this past year and a half. He has asthma and has almost passed out wearing a mask, but he has a need to get out and won't stay home, so I also worry for him. Article I of Part the First of the Constitution ensures "in fine, that of seeking and obtaining their safety and happiness." Masks are unsafe and make me unhappy and violate this article. Also unimpeded breathing is an essential right which these mandates specifically violate.

7. Specifically, my father-in-law is in frail health and mandates weren't allowing us to visit him in NH. We had to make the choice to risk fines/imprisonment or keep contact with our elderly loved one. This situation put undue stress upon my family and my unalienable right to freely travel was impeded, again violating Article I.

8. My right to privacy was impeded with contract tracing. I was forced to give my private information to gain access to certain restaurants. Article I ensures our rights, including the right to privacy.

9. My right to free speech was repeatedly violated with online censorship. My YouTube account was closed with no notice (no "strikes") or explanation. Shortly before the closure of my account I said in a comment, "I the living woman join with the consciousness of the land and declare my sovereignty." This does not violate community standards. Many of my Facebook posts were erased or "fact-checked" before my friends could read them. I had links to the Library of Congress for proposed laws that were removed from my page going back to when Obama was in office. This did not break community standards. I was silenced then and many times thereafter. Again, Article I ensures our rights, including the right to free speech.

10. Specifically, I have been deprived of my ability to interact and connect with other people. My ability to gather with friends and dance and hug has been severely impacted by these mandates. I used to have frequent large gatherings with friends. With contract tracing, involuntary lockdowns, 6ft distancing, masks and limits on gatherings we have not had a party since December, 2019. Also, censorship is impeding my ability to convey my point of view to many of my friends. I worry that many of my bonds of friendship are fading and that this may have a lasting derogatory impact on many of my relationships. Article IV gives us the "people of this commonwealth" "the sole and exclusive right of governing themselves as a free, sovereign, and independent State." When the federal government is set on a path that deviates from upholding the rights of the "people of this commonwealth" our commonwealth retains the right to ensure the rights and happiness of the "people of this commonwealth."

FURTHER, AFFIANT SAYETH NAUGHT.

Jacqueline M. Prejsnar
152 Slater ST
Attleboro, MA 02703

Date: 10/17/21

STATE OF MASSACHUSETTS
COUNTY OF BRISTOL

Sworn to and subscribed before me this 17th day of October, 2021 by Jacqueline M. Prejsnar, who presented a valid photo I.D. as personal identification.

Notary Public

My commission expires August 1, 2025

GINA MARY CARME
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
August 1, 2025